# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL A. LEE,<br>    Petitioner | : | |
| | : | No. 1:21-cv-1504 |
| v. | : | |
| | : | (Judge Rambo) |
| E. BRADLEY,<br>    Respondent | : | |

## ORDER

**AND NOW**, on this 3rd day of November 2021, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**;

2. Petitioner's motion to subpoena Unit Manager Clem to testify (Doc. No. 11) is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                               s/ Sylvia H. Rambo
                                               United States District Judge